1

2

3

4                                    **UNITED STATES DISTRICT COURT**
                                       **DISTRICT OF NEVADA**
5

6

7  ANGELA INGRAM,                            )        2:10-cv-01813-ECR-RJJ
                                             )
8         Plaintiff,                         )
                                             )
9  vs.                                       )        **Order**
                                             )
10 WALGREEN CO.; DOES 1 through 10           )
   Inclusive; ROE CORPORATIONS 11            )
11 through 20, inclusive,                    )
                                             )
12        Defendants.                        )
                                             )
13 _____ )

14

15        On December 27, 2011, Plaintiff filed a motion entitled

16 "Omnibus Motions in Limine" (#47).  The Motion (#47) requests (1) an

17 order precluding closing argument that Plaintiff asked for a greater

18 amount of money than was expected, (2) an order that the defense be

19 precluded from referring to case as attorney-driven litigation or a

20 medical buildup case, (3) an order that the defense be precluded

21 from inquiring when counsel was obtained, (4) an order excluding

22 testimony or documentary evidence regarding a prior or subsequent

23 motor vehicle accident and subsequent settlement, (5) exclusion of

24 criminal history, (6) and limiting closing arguments to evidence

25 presented at trial.

26        Plaintiff attempts to anticipate issues that may or may not be

27 raised at trial.  It is unknown at this time whether such issues

28 would have to be faced, or the circumstances in which the Court

1  would face them.  Therefore, the Motion (#47) is premature and must

2  be **DENIED** in part as to items 1-3 and 6, with the possibility of

3  renewal.

4       There is some indication that the issues contained in 4 & 5

5  pertain to the trial, and the Court will not rule on 4 & 5 at this

6  time.  The Court will issue its ruling on items 4 & 5 once a

7  response is filed to the Motion (#47), and any further proceedings

8  with respect to that Motion (#47) are had as determined by the

9  Court.

10

11

12

13  DATED: January 9, 2012.

14

15                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2